# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| FSW INC., <br><br> Plaintiff, <br><br> vs. <br><br> RM1239 TRANSPORTATION, INC., MANISH KAPOOR, and SANDY KAPOOR. <br><br> Defendants. | CV 22-52-GF-JTJ <br><br> **ORDER** |

The Court conducted a hearing on Defendant Sandy Kapoor's motion to dismiss on August 4, 2022. For the reasons stated in open court,

IT IS HEREBY ORDERED:

1. Defendant Sandy Kapoor's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 6) is GRANTED.

2. All claims against Sandy Kapoor are DISMISSED without prejudice.

DATED this 8th day of August, 2022.

John Johnston
United States Magistrate Judge