IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| FSW INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>RM1239 TRANSPORTATION, INC.<br>and MANISH KAPOOR<br><br>    Defendants. | Case No. CV-22-52-GF-JTJ<br><br><br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal with Prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-entitled action including all claims and counterclaims is dismissed with prejudice.

IT IS HEREBY ORDERED that the parties shall bear and pay all costs and expenses incurred or to be incurred by them respectively in connection with the action.

1

DATED this 22nd day of February, 2024.

_____
John Johnston
United States Magistrate Judge